PETER ZETES, Appellant, v. UNION CARBIDE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. (The judgment dismisses plaintiff's complaint in a silicosis action.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

MABEL F. ANDERSON, Appellant, v. MIRIAM V. CALKINS, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. See memorandum filed in companion case of *Anderson* v. *Calkins* (*post*, p. 836), decided herewith. All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

CHARLES F. ANDERSON, an Infant, by MABEL F. ANDERSON, Guardian ad Litem, Appellant, v. MIRIAM V. CALKINS, Respondent.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event. Memorandum: Plaintiff's proof made out a *prima facie* case. The question whether plaintiff was guilty of negligence contributing to the accident because his motorcycle with passenger truck attached was being operated with but one headlight in violation of section 43 of the Vehicle and Traffic Law, was one of fact for the jury. (*Lewis* v. *Rowland*, 225 App. Div. 25; *Martin* v. *Herzog*, 228 N. Y. 164.) All concur. (The judgment dismisses the complaint in an automobile negligence action.) Present — Edgcomb, Crosby, Lewis, Cunningham and Taylor, JJ.

In the Matter of the Estate of FERDINAND SINONSOL, Deceased.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order adjudges decedent's sister in contempt of court for failing to comply with a previous decree for the payment of moneys to the administrators of decedent's estate.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

ROSS W. GIBSON, 1058 Lovejoy Street, Buffalo, N. Y., Appellant, v. FERDINAND J. BOMMER, Defendant, RAYMOND L. BOMMER, Individually and as Committee of the Person and Estate of PHILIP BENEDITTI, an Incompetent, and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We construe the order as dismissing the complaint conditionally as to Raymond L. Bommer, as committee of the person and estate of Philip Beneditti, an incompetent, John J. Kane, as special guardian for Philip Beneditti, an incompetent, and Frank T. Hines, as administrator of the Veterans' Administration, and not as to Ferdinand J. Bommer or Raymond L, Bommer individually. All concur. (The order dismisses the complaint in an action for damages for fraud, false representation and conversion.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.

JAMES T. SLOAN, Individually and as Executor, etc., of TERENCE FORD, Deceased, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 22282.) — Judgment affirmed, with costs. All concur, Taylor, J., not voting. (The judgment awards claimant damages resulting by reason of negligence in the operation of a canal dam.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.